The People of the State of Illinois, defendant in error, v. Victor Palmquist, plaintiff in error. Gen. No. 28,727.

Information charging driving automobile while intoxicated. Sentence and fine on plea of guilty. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 10, 1924.

John F. Cashen, Jr., for plaintiff in error. No appearance for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. James Ledwell, plaintiff in error. Gen. No. 28,735.

Charge of keeping common gaming house. Judgment for people. Error to the Criminal Court of Cook county; the Hon. C. A. McDonald, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 10, 1924.

Edward H. Morris and James B. Cashin, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Fidelity Coal Company, appellant, v. James Chaganos and George Panagos, trading as Bon Harbor Coal Company, appellees. Gen. No. 28,746.

Action to recover damages for breach of contract. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1924.

Gustav E. Beerly, for appellant; Ellis S. Chesbrough, of counsel. Culver, Andrews & King, for appellees.

Mr. Justice McSurely delivered the opinion of the court.